# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA- WESTERN DIVISION

| | |
|---|---|
| B&M NOBLE CO., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>OLD MASTER PRODUCTS, INC., a California corporation, and DOES 1-25, inclusive,<br><br>Defendants. | Case No.: 2:18-cv-08145 PA (Ex)<br><br>**ORDER DISMISSING CASE WITH PREJUDICE, INCLUDING ALL CLAIMS AND CAUSES OF ACTION, PURSUANT TO RULE 41(a)(1)(A)(ii) OF THE FEDERAL RULES OF CIVIL PROCEDURE**<br><br>Complaint Filed: 9/20/2018<br>Trial Date: None assigned |

**ORDER**

Pursuant to the Joint Stipulation to Dismiss this matter with prejudice, submitted by Plaintiff B&M NOBLE CO. ("Plaintiff") Defendant OLD MASTER PRODUCTS, INC. ("Defendant"), IT IS HEREBY ORDERED that this matter is DISMISSED WITH PREJUDICE, including the operative complaint and all causes of action set forth therein, pursuant to Federal Rule of Civil Procedure Rule 41(a)(1)(A)(ii). Each party is to pay its own costs and attorney's fees. The Court shall maintain jurisdiction over this matter to enforce the terms of the settlement if and to the extent necessary, based on the motion of either party herein.

**IT IS SO ORDERED**.

Dated: December 27, 2018

_____
Percy Anderson
United States District Judge